UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14- **20333** -CR-UNGARO

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

vs.

**ANDRES FERNANDO PEREZ-RESTREPO**

　　　　　　Defendants.
_____/

## ORDER OF TRANSFER TO FUGITIVE STATUS

THE above listed defendant(s) and case are transferred to the Clerk's Fugitive File until such time as the defendant(s) are apprehended.

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this **3rd** day of ~~May~~ **June**, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　URSULA UNGARO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Counsel of record